1  STEVEN D. ALLISON (SBN 174491)
   MANDANA MASSOUMI (SBN 191359)
2  DORSEY & WHITNEY LLP
   38 Technology Drive
3  Irvine, California 92618
   Telephone: (949) 932-3600
4  Facsimile: (949) 932-3601

5  Attorneys for Defendants
   CHARTER COMMUNICATIONS, INC.

6

7  VIVIAN MCPAYAH-OBIAMALU
   LAW OFFICES OF VIVIAN McPAYAH-OBIAMALU
8  13831 Roswell Avenue, Suite I
   Chino, CA 91710
9  Telephone: (909) 548-3498
   Facsimile: (909) 591-7488

10 Attorneys for Plaintiff LORAINE HERNANDEZ

11

12                UNITED STATES DISTRICT COURT

13              CENTRAL DISTRICT OF CALIFORNIA

14

15 Loraine Hernandez,                    Case No. 06CV2276  (AHM) (RCx)

16             Plaintiff,

17          v.                           STIPULATION AND [PROPOSED]
                                         ORDER RE DISMISSAL
18 Charter Communications and DOES 1-
19 50, inclusive

20             Defendants.

21

22

23

24 ///

25 ///

26 ///

27

28

FILED
CLERK, U.S. DISTRICT COURT
MAY - 1 2007
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

__ Priority
__ Send
__ Clsd
__ Enter
__ JS-5/JS-6
__ JS-2/JS-3

DOCKETED ON CM
MAY - 2 2007
BY                002

LODGED

—————————————————————
STIPULATION FOR DISMISSAL

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), the Parties stipulate and Plaintiff Loraine Hernandez voluntarily dismisses with prejudice all her individual claims as alleged in the first, second, third, fourth, fifth, sixth and seventh causes of action in her Complaint against all Defendants including Charter Communications, Inc., and all its affiliates past, present and future agents, successors, subsidiaries, parents, brother/sister companies and assigns in the above-captioned action.

DORSEY & WHITNEY LLP

DATED: 4/30/07

By: _____
STEVEN D. ALLISON
MANDANA MASSOUMI
Attorneys for Defendants

LAW OFFICES OF VIVIAN MCPAYAH-OBIAMALU

DATED: 4/20/07

By: _____
VIVIAN MCPAYAH-OBIAMALU
Attorneys for Plaintiff Loraine Hernandez

IT IS SO ORDERED.

DATED: 5/1/07

_____
HONORABLE A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

-2-
STIPULATION FOR DISMISSAL

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the City of Irvine, County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is 38 Technology Drive, Irvine, California 92618-2301. On April 30, 2007, I served the documents named below on the parties in this action as follows:

DOCUMENT(S) SERVED:     **STIPULATION AND [PROPOSED] ORDER RE DISMISSAL**

SERVED UPON:     Vivian McPayah-Obiamalu, Esq.
Law Offices of Vivian McPayah-Obiamalu
13831 Roswell Avenue, Suite I
Chino, CA 91710

☒ (BY MAIL) I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Irvine, California. I am readily familiar with the practice of Dorsey & Whitney LLP for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

☐ (BY PERSONAL SERVICE) I delivered to an authorized courier or driver authorized by Time Machine Network to receive documents to be delivered on the same date. A proof of service signed by the authorized courier will be filed with the court upon request.

☐ (BY OVERNITE EXPRESS) I am readily familiar with the practice of Dorsey & Whitney LLP for collection and processing of correspondence for overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained by Overnitel Express for overnight delivery.

☐ (BY FACSIMILE) The above-referenced document was transmitted by facsimile transmission and the transmission was reported as complete and without error. Pursuant to C.R.C. 2009(i), I caused the transmitting facsimile machine to issue properly a transmission report, a copy of which is attached to this Declaration.

☐ (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made.

Executed on April 30, 2007, at Irvine, California.

Karen Satterfield